```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| JOSEPH KAISER,<br><br>      Plaintiff,<br><br>  v.<br><br>DAY & ZIMMERMANN LLC d/b/a/<br>DAY & ZIMMERMANN SECURITY<br>SERVICES,<br><br>      Defendant. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 08-2234<br>       (JEI/AMD)<br><br>**MEMORANDUM ORDER** |

**APPEARANCES:**

LAW OFFICES OF GEORGE R. SZYMANSKI
By: George R. Szymanski, Esq.
1370 Chews Landing Road
Laurel Springs, NJ 08021
    Counsel for Plaintiff

LITTLER MENDELSON P.C.
By: Kimberly J. Gost, Esq.
    Nina K. Markey, Esq.
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
    Counsel for Defendant

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court upon Plaintiff Joseph Kaiser's letter seeking an extension to file his opposition brief (Dkt. No. 33), and it appearing that:

    1. Plaintiff initiated this action by filing a Complaint against Defendant Day & Zimmermann LLC in the Superior Court of New Jersey, alleging wrongful termination in violation of the New

Jersey Law Against Discrimination. On May 7, 2008, Defendant removed the action to this Court on grounds of diversity.

    2. On June 1, 2009, Defendant moved for summary judgment. (Dkt. No. 27) The Clerk of Court set Defendant's motion as returnable on July 6, 2009, with Plaintiff's opposition to the summary judgment motion due no later than June 22, 2009.

    3. Via letter dated June 5, 2009, Plaintiff sought an extension of sixty days to file his opposition to Defendant's motion for summary judgment. (Dkt. No. 28)

    4. Via letter dated June 8, 2009, Defendant opposed Plaintiff's request for a sixty day extension. (Dkt. No. 29) Defendant urged the Court to limit Plaintiff to the automatic extension permitted under Local Civil Rule 7.1(d)(5), which would have made Plaintiff's opposition brief due July 6, 2009.

    5. On June 9, 2009, the Court verbally authorized an extension until July 22, 2009, for Plaintiff to file his opposition brief to Defendant's motion for summary judgment. The Clerk of Court noted same on the docket.

    6. Via letter dated July 17, 2009, Plaintiff seeks "another extension of at least thirty days" to file his opposition brief to Defendant's motion for summary judgment. (Dkt. No. 33) Defendant submitted a letter dated July 20, 2009, opposing Plaintiff's latest extension request. (Dkt. No. 34)

And for good cause shown;

**IT IS**, on this **20th** day of July, 2009,

**ORDERED THAT**

1. Plaintiff's request for an extension to file his opposition brief (Dkt. No. 33) to Defendant's Motion for Summary Judgment is hereby **GRANTED**. Plaintiff shall file his opposition brief no later than **Friday, August 28th, 2009.** Defendant shall file its reply brief, if any, no later than **Friday, September 4th, 2009.**

2. The parties will appear on **Friday, September 18th, 2009**, at **11:00 AM** in Courtroom 1 of the United States Courthouse in Camden, New Jersey, for oral argument on Defendant's Motion for Summary Judgment.

3. **<u>NO FURTHER EXTENSIONS WILL BE GRANTED</u> FOR FILING OF BRIEFS PERTAINING TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT. THE SCHEDULED DATE FOR ORAL ARGUMENT ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT WILL NOT BE ADJOURNED. ORAL ARGUMENT WILL PROCEED, REGARDLESS OF WHETHER PLAINTIFF AND/OR DEFENDANT SUBMIT BRIEFS BY THE ABOVE-SPECIFIED DATES.**

>    s/ Joseph E. Irenas
> **JOSEPH E. IRENAS, S.U.S.D.J.**